## John M. Minnec, Appellant, v. Josephine C. Minnec, Appellee.

**Gen. No. 10,982.**

Second District.

July 22, 1957.

Rehearing denied August 30, 1957.

Released for publication August 30, 1957.

Hoover, Scheele & McGrath (John F. Hoover, of counsel) for appellant; Leren & Burek, and Rinella & Rinella (Alexander J. Burek and Owen L. Doss, of counsel) for appellee. Opinion PER CURIAM. **Not to be published in full.**